CHARLES LA GRECA, Appellant, *v.* THE CARBORUNDUM COMPANY, Respondent.

(Submitted April 13, 1936; decided April 21, 1936.)

*Harold J. Adams* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

B'NAI B'RITH CLUB, INC., Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 12.)